Motion Granted, Appeal Dismissed and Memorandum
Opinion filed August 19, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00954-CV

____________

 

GRANDE VALLEY HOMES, L.L.C., DIZDAR DEVELOPMENT LTD.,
CASA LINDA VI, L.L.C., MARK DIZDAR AND KELLY DIZDAR, Appellants

 

V.

 

WACHOVIA BANK NATIONAL ASSOCIATION, Appellee

 



 

On Appeal from the 281st District Court

Harris County, Texas

Trial Court Cause No. 2008-72164 

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed August 26, 2009.  On August 12, 2010, appellants
filed a motion to dismiss the appeal because the case has settled.   See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Seymore, Boyce, and
Christopher.